# SEYFARTH SHAW

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

WASHINGTON, D.C.  SYDNEY  SHANGHAI  SAN FRANCISCO  SACRAMENTO  NEW YORK  MELBOURNE  LOS ANGELES  LONDON  HOUSTON  CHICAGO  BOSTON  ATLANTA

Writer's direct phone
(212) 218-3332
Writer's e-mail
HWexler@seyfarth.com

May 19, 2015

**VIA ECF**

The Honorable Magistrate Andrew T. Baxter
United States District Court for the Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, New York 13261

>    Re:   *Barbara Driggers et al. v. Gannett Co., Inc. et al.*
>          Case. No. 5:15-cv-0604(GLS)(ATB)

Dear Judge Baxter:

This firm represents Defendants Gannett Co., Inc., Gannett Satellite Info Network, Ithaca Journal, and Elmira Star-Gazette (collectively, "Defendants") in the above-referenced matter. Defendants responsive pleading is due on May 26, 2015. We write to respectfully request a 30 day extension of time for Defendants to respond to the Complaint, to and including June 25, 2015.

This is the Defendants' first request for an extension of time to respond to the Complaint. It is made in good faith, and not for the purpose of causing undue delay. This request is being made in good faith to allow the parties to focus their attention and resources on reaching a non-litigated resolution and avoid possible motion practice, and not to cause undue delay. No status conferences or hearings will be affected by this request. Plaintiff's counsel consents to this request.

We thank the Court for its time and consideration of this request.

>                Respectfully submitted,
>
>                SEYFARTH SHAW LLP
>
>                /s/ Howard M. Wexler
>                Howard M. Wexler

cc:   Edward Kopko Esq. (via ECF)
      Camille A. Olsen Esq. (via email)
      Richard Lapp Esq. (via email)