## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Lawyer, P.C.
Edward E. Kopko, Atty. for Plaintiff
308 North Tioga Street, 2nd Floor
Ithaca, New York 14850
607.269.1300; 607.269.1301 Fax
eek@kopkolaw.com

| | |
|---|---|
| **PLAINTIFF:**<br><br>BARBARA J. DRIGGERS, individually and on behalf of all others similarly situated<br><br>V.<br><br>**DEFENDANT:**<br><br>GANNETT CO., INC., GANNETT SATELLITE INFO NETWORK, ITHACA JOURNAL, and ELMIRA STAR-GAZETTE | NO.: 5:15-cv-00604-GLS-ATB<br><br>**JURY TRIAL DEMANDED** |

## RULE 41(a)(1) VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), all the parties, by and through their respective counsel, hereby voluntarily stipulate to the dismissal of this action, together with any and all claims, counterclaims, cross-claims, affirmative defenses, and third-party claims, with prejudice. Each party shall bear their respective costs.

_____
Edward E. Kopko, Attorney for Plaintiff
308 N. Tioga Street, 2nd Floor
Ithaca, New York 14850
607-269-1300; 607-269-1301 (fax)
eek@kopkolaw.com
Thursday, May 21, 2015

_____
Howard M. Wexler, Esq., Attorney for Defendant
Syfarth Shaw, LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
212-218-5500; 212-218-5526 (fax)
hwexler@seyfarth.com